IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED MARKETING SOLUTIONS, INC.   )
                                    )
            Plaintiff,              )
                                    )   CASE NO. 1:09-CV-1392
v.                                  )
                                    )
ANGIE M. FOWLER, *et al.*           )
                                    )
            Defendants.             )

## ORDER

THIS MATTER is before the Court on Plaintiff United Marketing Solutions, Inc.'s Motion for Entry of Final Judgment and Other Relief.

For the reasons to be stated in a forthcoming Memorandum Opinion, it is hereby

ORDERED that Plaintiff's Motion is DENIED in part and GRANTED in part.

The Court DENIES Plaintiff's Motion as to its request to dismiss Defendants' claim for attorney's fees and costs in connection with Defendants' Motion to Compel because Defendants have filed a Memorandum in Support of Defendants' Motion to Compel on Remand (Dkt. No. 121), supplementing their request for attorney's fees. The Court GRANTS Plaintiff's Motion as to its requests to (1) adjudicate UMS's pending attorney's fees claim and (2) proceed forward with entry of a final judgment, which

will be entered by way of a separate Judgment Order in accordance with Federal Rule of Civil Procedure 58.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 8th day of June, 2011.

Alexandria, Virginia
06/08/2011

/s/
Gerald Bruce Lee
United States District Judge