IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| United Marketing Solutions Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:09-cv-1392 |
| v. | ) | |
| | ) | |
| Angie Fowler, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

THIS MATTER is before the Court on Defendants' Motion for Relief from Judgment under Rule 60 of the Federal Rules of Civil Procedure. (Dkt. No. 142.) For the reasons stated in open Court, it is hereby

ORDERED that Defendants' Motion is DENIED and Plaintiff is directed to credit $10,000.00 to Defendants against the judgments that the Court entered in favor of Plaintiff (Dkt. Nos. 129 & 132).

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 13th day of January, 2012.

Alexandria, Virginia
1/13/2012

/s/
Gerald Bruce Lee
United States District Judge